UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION


FILED
JUN 24 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNDISTRIBUTED BALANCE

TO:             CLERK, U.S. BANKRUPTCY COURT

FROM:           MICHAEL H. MEYER, CHAPTER 13 TRUSTEE

DATE:           JUNE 7, 2011

DEBTOR (S):     VICTOR CRUZ

CASE NUMBER:    10-11769

AMOUNT:         $7843.36

CAN #:          Unclaimed money: TREASURY REGISTRY

Transmitted herewith is a check in the above amount for deposit with the Court as undistributed balance in the above named case. (Make check payable to "Clerk, U.S. Bankruptcy Court". Attach check to original plus two copies of this form.)

EXPLANATION OF SOURCES:

UNCLAIMED DEBTOR FUNDS

VICTOR CRUZ
2709 NICOLE WAY
BAKERSFIELD, CA 93312

_____
TRUSTEE

Receipt # 2-11-21604