FORM FM3950D: Notice of Deficiency Re: Application for Payment of Unclaimed Funds  (v.2.19)   10–11769 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## NOTICE OF DEFICIENCY RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**Case Number:** 10–11769 – A – 7

**Debtor Name(s) and Address(es):**

Victor Cruz
2709 Nicole Way
Bakersfield, CA 93312

**Your application is incomplete, or the wrong form was used. Please see below for more information:**

**More documentation is required to process your application. Please submit the following item(s):**

**Other:**

1. Documentation to show proof of current address (utility bill etc).

2. New Proposed Order for Payment of Unclaimed Funds (EDC 6950) to include the name and address of the applicant. They must match the name and address on the application and AO213P form.