United States Bankruptcy Court
Eastern District of California

| | |
|---|---|
| In re: | Case No. 10-11769-A |
| Victor Cruz | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0972-1 | User: bres | Page 1 of 1 |
| Date Rcvd: Jun 17, 2021 | Form ID: FM3950D | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Cruz, 2709 Nicole Way, Bakersfield, CA 93312-3276 |
| 23272502 | + | Victor Cruz, 2374 Allesandro St #1, Los Angeles, CA 90039-3718 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021        Signature:    /s/Joseph Speetjens

FORM FM3950D: Notice of Deficiency Re: Application for Payment of Unclaimed Funds  (v.2.19)     10–11769 – A – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# NOTICE OF DEFICIENCY RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**Case Number:** 10–11769 – A – 7

**Debtor Name(s) and Address(es):**

Victor Cruz
2709 Nicole Way
Bakersfield, CA 93312

**Your application is incomplete, or the wrong form was used. Please see below for more information:**

**More documentation is required to process your application. Please submit the following item(s):**

**Other:**

1. Documentation to show proof of current address (utility bill etc).

2. New Proposed Order for Payment of Unclaimed Funds (EDC 6950) to include the name and address of the applicant. They must match the name and address on the application and AO213P form.